UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------

LINDA RAGSDALE,

                   Plaintiff,

     -against-

LASHKAR-E-TAIBA (also known as Idara
Khidmat-e-Khalq, Jamat ud Dawa, Markaz ud Dawa
and Tehrik-e-Tahaffuz-e-Qibla Awal);
MOHAMAED HAFIZ SAYEED, ZAKL ur
REHMAN LAKHVI; SAJID MAJID (also known as
Sajid Mir); AZAM CHEEMA; INTER-SERVICES
INTELLIGENCE of the ISLAMIC REPUBLIC OF
PAKISTAN, AHMED SHUJA PASHA, NADEEM
TAJ, MAJOR IQBAL and MAJOR SAMIR ALI,

                   Defendants.

-------------------------------------------------------------

Index No.: 1:11-cv-3893

**STIPULATED ORDER RE
PROCEDURE FOR MOTION TO
DISMISS BY CERTAIN
DEFENDANTS**

WHEREAS, this action is related to three prior actions pending before this Court

(*Rosenberg, et al. v. Lashkar-e-Taiba, et al.*, 1:10-cv-05381, *Scherr et al. v. Lashkar-e-Taiba, et*

*al.*, 1:10-cv-05382 and *Chroman v. Lashkar-e-Taiba, et al.*, 1:10-cv-05448), hereinafter the

"Pending Actions", and has, on that basis, been assigned to this Court; and

WHEREAS, in the Pending Actions the Court on April 13, 2011 issued an Order which

set a procedure and briefing schedule for motions to dismiss by Defendants, Inter-Services

Intelligence Directorate of the Islamic Republic of Pakistan, Ahmed Shuja Pasha and Nadeem

Taj; and

WHEREAS, pursuant to such Order, an initial motion to dismiss the Pending Actions by

Defendants has been fully briefed and is pending before the Court; and

WHEREAS, Plaintiff in this action is alleged to have been injured as a result of the November 2008 Mumbai attack, which is the subject of the Pending Actions, and the claims asserted in this action are the same as certain of the claims asserted in the Pending Actions;

WHEREAS, counsel are in agreement that a single, unified procedure for all three cases will be the most efficient way to proceed and will benefit both the parties and the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

1.    The provisions of the Court's Order dated April 12, 2011 with respect to procedure for motions to dismiss by these Defendants will apply and govern motions in this action.

2.    Defendants' initial Motion to Dismiss in the Pending Actions will be deemed to have been filed in this action.  On behalf of Plaintiff Ragsdale, counsel for Plaintiff hereby adopts all arguments made and all factual submissions filed in Defendants' initial Motion to Dismiss in the Pending Actions and no further submissions will be filed on the pending motion.

3.    Any decision and order entered on Defendants' initial Motion to Dismiss in the Pending Actions will be entered and effective as an Order in this Action as well.

Dated:  New York, New York
        August 18, 2011

LOCKE LORD BISSELL & LIDDELL LLP

By: _____
    Kevin J. Walsh (KW 6083)
    3 World Financial Center
    New York, NY  10281-2101
    Tel No.: (212) 415-8600
    Fax No.:(212) 303-2754
    *Counsel for Defendants*
    *Inter-Services Intelligence Of The Islamic*

KREINDLER & KREINDLER

By: _____
    James P. Kreindler (JK 7084)
    750 Third Avenue
    New York, New York 10017-5590
    Tel No.: (212) 687-8181
    Fax No.: (212) 972-9432
    *Counsel for Plaintiff, Linda Ragsdale*

-2-

*Republic Of Pakistan, Ahmed Shuja Pasha*
*and Nadeem Taj*

**SO ORDERED:**

_____

U.S.D.J.