**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SHIMON ROSENBERG, individually, as
Legal Guardian of M.T.H. and as Personal
Representative of the ESTATES OF RIVKA
HOLTZBERG AND GAVRIEL NOACH
HOLTZBERG, NACHMAN HOLTZBERG,
individually and on behalf of other family
members, as Surviving Father of GAVRIEL
NOACH HOLTZBERG, MOSES
SHVARZBLAT, individually and as Proposed
Personal Representative of the ESTATE OF
NORMA SHVARZBLAT-RABINOVICH,
MARIBETH JESWANI, individually and as
Personal Representative of the ESTATE OF
SANDEEP JESWANI, ANDREINA
VARAGONA, KIA SCHERR, Individually
and as Administrator of the ESTATES OF N.S.
AND ALAN SCHERR, EMUNAH
CHROMAN, Individually and as Proposed
Personal Representative of the Estate of Ben
Zion Chroman, LINDA RAGSDALE,
AUTUMN R. GILLES

           Plaintiffs,

     v.

LASHKAR-E-TAIBA (also known as Idara
Khidmat-e-Khalq, Jamat ud Dawa, Markaz ud
Dawa and Tehrik-e-Tahaffuz-e-Qibla Awal);
MOHAMAED HAFIZ SAYEED; ZAKI ur
REHMAN LAKHVI; SAJID MAJID (also
known as Sajid Mir); AZAM CHEEMA;

           Defendants.

10-cv-5381 (DLI) (CLP)
10-cv-5382 (DLI) (CLP)
10-cv-5448 (DLI) (CLP)
11-cv-3893 (DLI) (CLP)
12-cv-5816 (DLI) (CLP)

**AFFIDAVIT OF SERVICE**

JAMES P. KREINDLER, being duly sworn, deposes and says:

1. I am a member of Kreindler & Kreindler LLP. I am fully familiar with the history and

facts underlying this litigation.

2. On May 5, 2015 the Honorable Cheryl L. Pollak, United States Magistrate Judge for the Eastern District of New York issued an Order setting an inquest hearing at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, at 12:00 p.m. on June 5, 2015.   Plaintiffs were directed to serve a copy of this Order promptly by certified mail, return receipt requested, on defendants and to provide the Court with copies of the return receipts.

3. The Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (Hague Convention) was created to facilitate timely international service of judicial and extrajudicial documents. *See* Exhibit 1.

4. With respect to service on individuals, Article 10 of the Hague Convention authorizes service by "postal channels, directly to persons abroad[.]" *See id.*

5. At the time it ratified the Hague Convention, Pakistan declared that it had "no objection to such service [of judicial documents on persons residing in Pakistan] by postal channels directly to the persons concerned[.]" *See* Exhibit 2.

6. The United States Postal Service offers an international mailing service called Global Express Guaranteed ("GXG"). *See* Exhibit 3.

7. On May 07, 2015 my office delivered 5 GXG packages to the United States Post Office at Grand Central Station in New York. The 5 packages contained a copy of the May 5, 2015 Order.  The GXG packages mailed at the Post Office were addressed as follows:

2

**Azam Cheema**
4 Lake Road
Chauburji
Lahore
Pakistan

**Mohamed Hafiz Saeed**
4 Lake Road
Chauburji
Lahore
Pakistan

**Jamaat-ud-Dawa**
4 Lake Road
Chauburji
Lahore
Pakistan

**Sajid Majid**
4 Lake Road
Chauburji
Lahore
Pakistan

**Zaki Ur Rehman Lakhvi**
4 Lake Road
Chauburji
Lahore
Pakistan

*See* Exhibit 4.

11. The United States Postal Service assigns a tracking number to each GXG package. Federal Express (FedEx) provides delivery services in Pakistan for Global Express Guaranteed and uses the U.S. Postal Service number as a reference number. FedEx also assigns its own proprietary tracking number to the packages it is delivering on behalf of USPS. Both the USPS and the FedEx numbers are listed on the FedEx delivery notice. On May 11, 2015 the five packages addressed to the following defendants were signed for upon delivery.

3

| | |
|---|---|
| **Azam Cheema** | -- FedEx Tracking #8982 0066 1288<br>USPS # 8200661280 |
| **Mohamed Hafiz Saeed** | -- FedEx Tracking #8983 0843 2316<br>USPS # 8308432311 |
| **Jamaat-ud-Dawa** | -- FedEx Tracking #8982 0066 1303<br>USPS # 8200661302 |
| **Sajid Majid** | -- FedEx Tracking #8983 0843 2305<br>USPS # 8308432300 |
| **Zaki ur Rehman Lakhvi** | -- FedEx Tracking #8982 0066 1299<br>USPS # 8200661291 |

*See* Exhibit 5.

12. For the five defendants Azam Cheema, Mohamed Hafiz Saeed, Jamaat-ud-Dawa,

Sajid Majid, and Zaki Ur Rehman Lakhvi, service of process was performed in accordance with

the Hague Convention, which for purposes of 28 U.S.C. §Section 1608 is an applicable

international convention on service of judicial documentation.

RESPECTFULLY SUBMITTED this 4th day of June, 2015.

_James P. Kreindler_
JAMES P. KREINDLER

Sworn to before me this
4th day of June, 2015.

_Notary Public_
Notary Public

IVETTE VIERA
Notary Public, State of New York
No. 01VI4877339
Qualified in Rockland County
Commission Expires November 17, 20__

4

# EXHIBIT 1

## 14. CONVENTION ON THE SERVICE ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS

*(Concluded 15 November 1965)*

The States signatory to the present Convention,

Desiring to create appropriate means to ensure that judicial and extrajudicial documents to be served abroad shall be brought to the notice of the addressee in sufficient time,

Desiring to improve the organisation of mutual judicial assistance for that purpose by simplifying and expediting the procedure,

Have resolved to conclude a Convention to this effect and have agreed upon the following provisions:

### Article 1

The present Convention shall apply in all cases, in civil or commercial matters, where there is occasion to transmit a judicial or extrajudicial document for service abroad.

This Convention shall not apply where the address of the person to be served with the document is not known.

CHAPTER I – JUDICIAL DOCUMENTS

### Article 2

Each Contracting State shall designate a Central Authority which will undertake to receive requests for service coming from other Contracting States and to proceed in conformity with the provisions of Articles 3 to 6.

Each State shall organise the Central Authority in conformity with its own law.

### Article 3

The authority or judicial officer competent under the law of the State in which the documents originate shall forward to the Central Authority of the State addressed a request conforming to the model annexed to the present Convention, without any requirement of legalisation or other equivalent formality.

The document to be served or a copy thereof shall be annexed to the request. The request and the document shall both be furnished in duplicate.

### Article 4

If the Central Authority considers that the request does not comply with the provisions of the present Convention it shall promptly inform the applicant and specify its objections to the request.

### Article 5

The Central Authority of the State addressed shall itself serve the document or shall arrange to have it served by an appropriate agency, either –

*a)*   by a method prescribed by its internal law for the service of documents in domestic actions upon persons who are within its territory, or

*b)*   by a particular method requested by the applicant, unless such a method is incompatible with the law of the State addressed.

Subject to sub-paragraph *(b)* of the first paragraph of this Article, the document may always be served by delivery to an addressee who accepts it voluntarily.

If the document is to be served under the first paragraph above, the Central Authority may require the document to be written in, or translated into, the official language or one of the official languages of the State addressed.

That part of the request, in the form attached to the present Convention, which contains a summary of the document to be served, shall be served with the document.

### Article 6

The Central Authority of the State addressed or any authority which it may have designated for that purpose, shall complete a certificate in the form of the model annexed to the present Convention.

The certificate shall state that the document has been served and shall include the method, the place and the date of service and the person to whom the document was delivered. If the document has not been served, the certificate shall set out the reasons which have prevented service.

The applicant may require that a certificate not completed by a Central Authority or by a judicial authority shall be countersigned by one of these authorities.

The certificate shall be forwarded directly to the applicant.

### Article 7

The standard terms in the model annexed to the present Convention shall in all cases be written either in French or in English. They may also be written in the official language, or in one of the official languages, of the State in which the documents originate.

The corresponding blanks shall be completed either in the language of the State addressed or in French or in English.

### Article 8

Each Contracting State shall be free to effect service of judicial documents upon persons abroad, without application of any compulsion, directly through its diplomatic or consular agents.

Any State may declare that it is opposed to such service within its territory, unless the document is to be served upon a national of the State in which the documents originate.

### Article 9

Each Contracting State shall be free, in addition, to use consular channels to forward documents, for the purpose of service, to those authorities of another Contracting State which are designated by the latter for this purpose.

Each Contracting State may, if exceptional circumstances so require, use diplomatic channels for the same purpose.

### Article 10

Provided the State of destination does not object, the present Convention shall not interfere with –

a)     the freedom to send judicial documents, by postal channels, directly to persons abroad,

b)     the freedom of judicial officers, officials or other competent persons of the State of origin to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination,

c)     the freedom of any person interested in a judicial proceeding to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination.

### Article 11

The present Convention shall not prevent two or more Contracting States from agreeing to permit, for the purpose of service of judicial documents, channels of transmission other than those provided for in the preceding Articles and, in particular, direct communication between their respective authorities.

### Article 12

The service of judicial documents coming from a Contracting State shall not give rise to any payment or reimbursement of taxes or costs for the services rendered by the State addressed.
The applicant shall pay or reimburse the costs occasioned by —
a)    the employment of a judicial officer or of a person competent under the law of the State of destination,
b)    the use of a particular method of service.

### Article 13

Where a request for service complies with the terms of the present Convention, the State addressed may refuse to comply therewith only if it deems that compliance would infringe its sovereignty or security.
It may not refuse to comply solely on the ground that, under its internal law, it claims exclusive jurisdiction over the subject-matter of the action or that its internal law would not permit the action upon which the application is based.
The Central Authority shall, in case of refusal, promptly inform the applicant and state the reasons for the refusal.

### Article 14

Difficulties which may arise in connection with the transmission of judicial documents for service shall be settled through diplomatic channels.

### Article 15

Where a writ of summons or an equivalent document had to be transmitted abroad for the purpose of service, under the provisions of the present Convention, and the defendant has not appeared, judgment shall not be given until it is established that —
a)    the document was served by a method prescribed by the internal law of the State addressed for the service of documents in domestic actions upon persons who are within its territory, or
b)    the document was actually delivered to the defendant or to his residence by another method provided for by this Convention,
        and that in either of these cases the service or the delivery was effected in sufficient time to enable the defendant to defend.

Each Contracting State shall be free to declare that the judge, notwithstanding the provisions of the first paragraph of this Article, may give judgment even if no certificate of service or delivery has been received, if all the following conditions are fulfilled —
a)    the document was transmitted by one of the methods provided for in this Convention,
b)    a period of time of not less than six months, considered adequate by the judge in the particular case, has elapsed since the date of the transmission of the document,
c)    no certificate of any kind has been received, even though every reasonable effort has been made to obtain it through the competent authorities of the State addressed.

Notwithstanding the provisions of the preceding paragraphs the judge may order, in case of urgency, any provisional or protective measures.

### Article 16

When a writ of summons or an equivalent document had to be transmitted abroad for the purpose of service, under the provisions of the present Convention, and a judgment has been entered against a defendant who has not appeared, the judge shall have the power to relieve the defendant from the effects of the expiration of the time for appeal from the judgment if the following conditions are fulfilled –

a)    the defendant, without any fault on his part, did not have knowledge of the document in sufficient time to defend, or knowledge of the judgment in sufficient time to appeal, and

b)    the defendant has disclosed a *prima facie* defence to the action on the merits.

An application for relief may be filed only within a reasonable time after the defendant has knowledge of the judgment.

Each Contracting State may declare that the application will not be entertained if it is filed after the expiration of a time to be stated in the declaration, but which shall in no case be less than one year following the date of the judgment.

This Article shall not apply to judgments concerning status or capacity of persons.

CHAPTER II – EXTRAJUDICIAL DOCUMENTS

Article 17

Extrajudicial documents emanating from authorities and judicial officers of a Contracting State may be transmitted for the purpose of service in another Contracting State by the methods and under the provisions of the present Convention.

CHAPTER III – GENERAL CLAUSES

Article 18

Each Contracting State may designate other authorities in addition to the Central Authority and shall determine the extent of their competence.

The applicant shall, however, in all cases, have the right to address a request directly to the Central Authority.

Federal States shall be free to designate more than one Central Authority.

Article 19

To the extent that the internal law of a Contracting State permits methods of transmission, other than those provided for in the preceding Articles, of documents coming from abroad, for service within its territory, the present Convention shall not affect such provisions.

Article 20

The present Convention shall not prevent an agreement between any two or more Contracting States to dispense with –

a)    the necessity for duplicate copies of transmitted documents as required by the second paragraph of Article 3,

b)    the language requirements of the third paragraph of Article 5 and Article 7,

c)    the provisions of the fourth paragraph of Article 5,

d)    the provisions of the second paragraph of Article 12.

Article 21

Each Contracting State shall, at the time of the deposit of its instrument of ratification or accession, or at a later date, inform the Ministry of Foreign Affairs of the Netherlands of the following –

a)  the designation of authorities, pursuant to Articles 2 and 18,
b)  the designation of the authority competent to complete the certificate pursuant to Article 6,
c)  the designation of the authority competent to receive documents transmitted by consular channels, pursuant to Article 9.

Each Contracting State shall similarly inform the Ministry, where appropriate, of –

a)  opposition to the use of methods of transmission pursuant to Articles 8 and 10,
b)  declarations pursuant to the second paragraph of Article 15 and the third paragraph of Article 16,
c)  all modifications of the above designations, oppositions and declarations.

### Article 22

Where Parties to the present Convention are also Parties to one or both of the Conventions on civil procedure signed at The Hague on 17th July 1905, and on 1st March 1954, this Convention shall replace as between them Articles 1 to 7 of the earlier Conventions.

### Article 23

The present Convention shall not affect the application of Article 23 of the Convention on civil procedure signed at The Hague on 17th July 1905, or of Article 24 of the Convention on civil procedure signed at The Hague on 1st March 1954.
These Articles shall, however, apply only if methods of communication, identical to those provided for in these Conventions, are used.

### Article 24

Supplementary agreements between Parties to the Conventions of 1905 and 1954 shall be considered as equally applicable to the present Convention, unless the Parties have otherwise agreed.

### Article 25

Without prejudice to the provisions of Articles 22 and 24, the present Convention shall not derogate from Conventions containing provisions on the matters governed by this Convention to which the Contracting States are, or shall become, Parties.

### Article 26

The present Convention shall be open for signature by the States represented at the Tenth Session of the Hague Conference on Private International Law.
It shall be ratified, and the instruments of ratification shall be deposited with the Ministry of Foreign Affairs of the Netherlands.

### Article 27

The present Convention shall enter into force on the sixtieth day after the deposit of the third instrument of ratification referred to in the second paragraph of Article 26.
The Convention shall enter into force for each signatory State which ratifies subsequently on the sixtieth day after the deposit of its instrument of ratification.

### Article 28

Any State not represented at the Tenth Session of the Hague Conference on Private International Law may accede to the present Convention after it has entered into force in accordance with the first paragraph of Article 27. The instrument of accession shall be deposited with the Ministry of Foreign Affairs of the Netherlands.
The Convention shall enter into force for such a State in the absence of any objection from a State, which has ratified the Convention before such deposit, notified to the Ministry of Foreign Affairs of the Netherlands within a period of six months after the date on which the said Ministry has notified it of such accession.
In the absence of any such objection, the Convention shall enter into force for the acceding State on the first day of the month following the expiration of the last of the periods referred to in the preceding paragraph.

### Article 29

Any State may, at the time of signature, ratification or accession, declare that the present Convention shall extend to all the territories for the international relations of which it is responsible, or to one or more of them. Such a declaration shall take effect on the date of entry into force of the Convention for the State concerned.
At any time thereafter, such extensions shall be notified to the Ministry of Foreign Affairs of the Netherlands.
The Convention shall enter into force for the territories mentioned in such an extension on the sixtieth day after the notification referred to in the preceding paragraph.

### Article 30

The present Convention shall remain in force for five years from the date of its entry into force in accordance with the first paragraph of Article 27, even for States which have ratified it or acceded to it subsequently.
If there has been no denunciation, it shall be renewed tacitly every five years.
Any denunciation shall be notified to the Ministry of Foreign Affairs of the Netherlands at least six months before the end of the five year period.
It may be limited to certain of the territories to which the Convention applies.
The denunciation shall have effect only as regards the State which has notified it. The Convention shall remain in force for the other Contracting States.

### Article 31

The Ministry of Foreign Affairs of the Netherlands shall give notice to the States referred to in Article 26, and to the States which have acceded in accordance with Article 28, of the following –
a)    the signatures and ratifications referred to in Article 26;
b)    the date on which the present Convention enters into force in accordance with the first paragraph of Article 27;
c)    the accessions referred to in Article 28 and the dates on which they take effect;
d)    the extensions referred to in Article 29 and the dates on which they take effect;
e)    the designations, oppositions and declarations referred to in Article 21;
f)    the denunciations referred to in the third paragraph of Article 30.

In witness whereof the undersigned, being duly authorised thereto, have signed the present Convention.

Done at The Hague, on the 15th day of November, 1965, in the English and French languages, both texts being equally authentic, in a single copy which shall be deposited in the archives of the Government of the Netherlands, and of which a certified copy shall be sent, through the diplomatic

channel, to each of the States represented at the Tenth Session of the Hague Conference on Private International Law.

FORMS (REQUEST AND CERTIFICATE)
SUMMARY OF THE DOCUMENT TO BE SERVED

(annexes provided for Articles 3, 5, 6 and 7)

---

ANNEX TO THE CONVENTION

Forms

REQUEST
FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL
DOCUMENTS

---

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters,
signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| | |

The undersigned applicant has the honour to transmit – in duplicate – the
documents listed below and, in conformity with Article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the
addressee, *i.e.*,

(identity and address) ......................................................................................

........................................................................................................................

a) in accordance with the provisions of sub-paragraph *a)* of the first
   paragraph of Article 5 of the Convention*.

b) in accordance with the following particular method (sub-paragraph *b)* of the
   first paragraph of Article 5)*: ....................................................................

........................................................................................................................

........................................................................................................................

c) by delivery to the addressee, if he accepts it voluntarily (second paragraph
   of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy
of the documents - and of the annexes* - with a certificate as provided on the
reverse side.

*List of documents*

........................................................................................................................

........................................................................................................................

........................................................................................................................

........................................................................................................................

........................................................................................................................

........................................................................................................................

........................................................................................................................

........................................................................................................................

Done at ............ , the ..............
Signature and/or stamp.

* Delete if inappropriate.

*Reverse of the request*

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1. that the document has been served*
   - the (date) .........................................................................................
   - at (place, street, number) ...................................................................
   ...........................................................................................................
   - in one of the following methods authorised by Article 5:
     a) in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*.
     b) in accordance with the following particular method*: .....................
   ...........................................................................................................
     c) by delivery to the addressee, who accepted it voluntarily* .

The documents referred to in the request have been delivered to:
   - (identity and description of person) ....................................................
   ...........................................................................................................
   - relationship to the addressee (family, business or other): ..................
   ...........................................................................................................
   ...........................................................................................................

2) that the document has not been served, by reason of the following facts*:
...........................................................................................................
...........................................................................................................
...........................................................................................................

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.


*Annexes*

Documents returned: ...............................................................................
...........................................................................................................
...........................................................................................................

In appropriate cases, documents establishing the service:
...........................................................................................................
...........................................................................................................
...........................................................................................................

Done at ............ , the .............<br>Signature and/or stamp.


* Delete if inappropriate.

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters,
signed at The Hague, the 15th of November 1965.

### (Article 5, fourth paragraph)

Name and address of the requesting authority: ...........................................
.......................................................................................................................
.......................................................................................................................

Particulars of the parties*: ..............................................................................
.......................................................................................................................
.......................................................................................................................

### JUDICIAL DOCUMENT**

Nature and purpose of the document: ............................................................
.......................................................................................................................
.......................................................................................................................

Nature and purpose of the proceedings and, where appropriate, the amount in
dispute: ...........................................................................................................
.......................................................................................................................
.......................................................................................................................

Date and place for entering appearance**: ....................................................
.......................................................................................................................

Court which has given judgment**: .................................................................
.......................................................................................................................

Date of judgment**: .........................................................................................
Time-limits stated in the document**: .............................................................
.......................................................................................................................

### EXTRAJUDICIAL DOCUMENT**

Nature and purpose of the document: ............................................................
.......................................................................................................................
.......................................................................................................................

Time-limits stated in the document**: .............................................................
.......................................................................................................................
.......................................................................................................................

---

\* If appropriate, identity and address of the person interested in the
transmission of the document.
\*\* Delete if inappropriate.

**EXHIBIT 2**

Declarations

Articles: 8,15,16

**(Click here for the Central Authority designated by Pakistan and other practical information)**

(...)
For the purposes of Article 8 of the Convention it is hereby declared that the Government of Pakistan is opposed to service of judicial documents upon persons, other than nationals of the requesting States, residing in Pakistan, directly through the Diplomatic and Consular agents of the requesting States. However, it has no objection to such service by postal channels directly to the persons concerned (Article 10(a)) or directly through the judicial officers of Pakistan in terms of Article 10(b) of the Convention if such service is recognised by the law of the requesting State.

In terms of the second paragraph of Article 15 of the Convention, it is hereby declared that notwithstanding the provision of the first paragraph thereof the judge may give judgment even if no certificate of service or delivery has been received, if the following conditions are fulfilled:

a) the document was transmitted by one of the methods provided for in the Convention;
b) the period of time of not less than 6 months, considered adequate by the judge in the particular case, has elapsed since the date of transmission of the document; and
c) no certificate of any kind has been received even though every reasonable effort has been made to obtain it through the competent authorities of the State addressed.

As regards Article 16, paragraph 3, of the Convention it is hereby declared that in case of ex-parte decisions, an application for setting it aside will not be entertained if it is filed after the expiration of the period of limitation prescribed by law of Pakistan.

# EXHIBIT 3



Home   |   All Products & Services   |   Shipping & Mailing   |   International Delivery Services   |   International Delivery Options   |   **Global Express Guaranteed**

# Global Express Guaranteed

Global Express Guaranteed® (GXG) is the premium international shipping option from the U.S. Postal Service with international transportation and delivery by FedEx Express. GXG offers date-certain delivery in 1-3 business days to more than 190 countries worldwide. GXG is available online on USPS.com and at thousands of participating retail locations throughout the United States.

- **Date-certain delivery** - GXG provides money-back guarantee service if your shipment is not delivered by the guaranteed date (some restrictions apply, refer to Terms and Conditions on the mailing label).
- **Online Discounts** - Receive 10 percent off any GXG shipping label printed and paid online.
- **Track and Confirm** - Check on the delivery status of your shipment online or by calling 1-800-222-1811.
- **No extra charge** - Insurance covering up to $100 for loss, damage, rifling or document reconstruction is included at no additional charge. You can purchase additional insurance for covering loss, damage or rifling up to $2499 to most countries.
- **Customer Service** - available 24 hours a day, 7 days a week by calling 1-800-222-1811



**Prices by Designation**
Find prices for a desired country.
     ( Go > )

**Click N Ship®**
Print and pay for shipping labels with postage online!
     ( Go > )

**Pickup Options**
Use Carrier Pickup™ or Pickup On Demand® and we'll come to you.
     ( Go > )

**GXG Supplies**
Order free shipping supplies!
     ( Go > )

▶ **Size, Weight and Content Restrictions**
**Minimum Size:** An envelope/package must be large enough to affix the Global Express Guaranteed Mailing Label to the face of the item (approx. 5.5" in height and 9.5" in length).

**Maximum Size:** Total length and girth not to exceed 108 inches. Individual dimensions not to exceed:

Length = 46 inches
Width = 35 inches
Height = 46 inches

**Maximum Weight:** Total weight not to exceed 70 pounds.

**Maximum Value:** $2499 to most countries.

**Allowable Contents:** Documents and Non-documents (merchandise) with restrictions as defined by each destination country or territory. Shipping Restrictions vary by country/territory. In a limited number of situations, **customs documentation may be required.** If documentation is required, complete a Global Express Guaranteed Commercial Invoice (PS 6182).

▶ **Resource Center**
Visit the Resource Center for information on customs and special services. Get international forms, learn how to address your international mail, and follow mailing conditions with Service Updates.

# EXHIBIT 4

**GLOBAL EXPRESS GUARANTEED**

**UNITED STATES POSTAL SERVICE ®**

**FedEx Express**

International delivery by FedEx Express

## GXG International Air Waybill

**1  From** *Please print and press hard.*

Date MM/DD/YY: 05/06/15

Sender's Name: KREINDLER   Phone: 212 687 8181

Company: KREINDLER & KREINDLER

Address: 750 THIRD AVE

Address:

City: NEW YORK   State: NY

Country: US   ZIP Code: 10017

**2  To**

Recipient's Name: ZAKI UR REHMAN LAKVI   Phone: 923224214552

Company:   Fax (if applicable):

Address: 4 LAKE RD

Address: CHAUBURJI   Dept./Floor:

City: LAHORE   State/Province:

Country: PAKISTAN   ZIP Code/Postal Code:

Recipient's Tax ID Number for Customs Purposes (if applicable)
e.g. GST/RFC/VAT/IN/ABN.

For tracking go to the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3  Shipment Information**

☒ Documents — Correspondence and printed matter.

☐ Non-Documents — All other items. Recipient may be required to pay import duties and taxes. This shipment may be subject to inspection.

| Specific Description Including Number of Each Item (and harmonized code if known) REQUIRED | Country of Manufacture | Value for Customs (US $) REQUIRED |
|---|---|---|
| LEGAL DOCUMENTS | US | $1.00 |
| | | |
| | | |

WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Total Value for Customs (US $): 1.00

**4  Required Signature**

I/We agree that the USPS terms and conditions (on the back of the Sender's Copy of this Air Waybill and in the Global Express Guaranteed Service Guide) and certain international treaties, including the Warsaw Convention, where applicable, apply and limit the liability of USPS and FedEx for loss and damage. I/We understand that USPS and FedEx DO NOT TRANSPORT CASH. I/We certify that this package does not contain any hazardous or restricted materials prohibited by postal regulations and does not require the filing of Electronic Export Information/EEI (formerly Shipper's Export Declaration/SED), and that the particulars given in the Shipment Information section are as declared. Submission of false information may result in civil or criminal penalties (18 USC 1001, 31 USC 3802).   **No EEI § 30.37 (a)**

Sender's Signature:

See Privacy Act Statement on reverse.

| Postal Use Only | Date In | Time In | Scheduled Delivery Date | PO ZIP (+4) Code | Employee Initials |
|---|---|---|---|---|---|
| | 05·06·15 | 4:44 ☐AM ☒PM | 05·12·2015 | 10017 | |

Dimensions in Inches (Non-Document Shipments)   Length   Width   Height

Weight: 2.40 lbs.

Postage: $76.50

Insurance Fee: $ —

Total Postage & Fees: $76.50

8982 0066 1299

Packaging: ☐ GXG Envelope or Pak   ☐ Box   ☐ Envelope   ☐ Other

**USPS Tracking Number:** 8200661291

PART 158558
Rev. Date 8/08
PRINTED IN U.S. RRDO
Item 11F6G1 GXG USPS
Version 22 L 8/2008

**Sender's Copy**



# GLOBAL EXPRESS GUARANTEED
**UNITED STATES POSTAL SERVICE ®**

International delivery by FedEx Express

## GXG International Air Waybill

**1 From** Please print and press hard.

Date  05/06/2015

Sender's Name  KREINDLER

Phone  212 687 8181

Company  KREINDLER & KREINDLER

Address  750 THIRD AVE

Address

City  NEW YORK

State  NY

Country  U.S.

ZIP Code™  10017

**2 To**

Recipient's Name  AZAM CHEGMA

Phone  92 322 421 4552

Company

Fax (if applicable)

Address  4 LAKE RD

Address  CHAVBURJI

Dept./Floor

City  LAHORE

State Province

Country  PAKISTAN

ZIP Code™ Postal Code

Recipient's Tax ID Number for Customs Purposes (if applicable)
e.g. GST/RFC/VAT/IN/ABN.

For tracking go to the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3 Shipment Information**

☑ **Documents** Correspondence and printed matter.

☐ **Non-Documents** All other items. Recipient may be required to pay import duties and taxes. This shipment may be subject to inspection.

| Specific Description Including Number of Each Item (and harmonized code if known) REQUIRED | Country of Manufacture | Value for Customs (US $) REQUIRED |
|---|---|---|
| LEGAL DOCUMENTS | US | $1.00 |

WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Total Value for Customs (US $)  1.00

**4 Required Signature**

I/We agree that the USPS terms and conditions (on the back of the Sender's Copy of this Air Waybill and in the Global Express Guaranteed Service Guide) and certain international treaties, including the Warsaw Convention, where applicable, apply and limit the liability of USPS and FedEx for loss and damage. I/We understand that USPS and FedEx DO NOT TRANSPORT CASH. I/We certify that this package does not contain any hazardous or restricted materials prohibited by postal regulations and does not require the filing of Electronic Export Information/EEI (formerly Shipper's Export Declaration/SED), and that the particulars given in the Shipment Information section are as declared. Submission of false information may result in civil or criminal penalties (18 USC 1001, 31 USC 3802).

**No EEI § 30.37 (a)**

Sender's Signature:

See Privacy Act Statement on reverse.

| Postal Use Only | Date In 05.06.15 | Time In 4.49 ☐ AM ☑ PM | Scheduled Delivery Date 05.12.2015 | PO ZIP (+4) Code 10017 | Employee Initials |
|---|---|---|---|---|---|
| Dimensions in Inches (Non-Document Shipments) Length  Width  Height | Weight 2.10 lbs. oz. | Postage $76.50 | Insurance Fee $ — | Total Postage & Fees $76.50 |

Packaging  ☑ GXG Envelope or Pak  ☐ Box

Customer Packaging  ☐ Envelope  ☐ Other

8982 0066 1288

PART 158558
Rev. Date 8/08
PRINTED IN U.S. RRDO
Item 11FQG1 GXG USPS
Version 22 L 8/2008

USPS Tracking Number  8200661280

**Sender's Copy**



**GLOBAL EXPRESS GUARANTEED**

UNITED STATES POSTAL SERVICE ®

**GXG International Air Waybill**

International delivery
by FedEx Express

**1 From** *Please print and press hard.*

Date MM/DD/YYYY  6 / 06 / 2015

Sender's Name  KREINDLER     Phone 212 687 8181

Company  KREINDLER & KREINDLER

Address  750 THIRD AVE

Address

City  NEW YORK     State  NY

Country      ZIP Code  10017

**2 To**

Recipient's Name  HAFEZ MOHAMMED SAEED     Phone 92 322 421 4552

Company

Fax *(if applicable)*

Address  4 LAKE RD.

Dept./Floor

Address  CHAVBURJI

City  LAHORE     State/Province

Country  PAKISTAN     ZIP Code/Postal Code

Recipient's Tax ID Number for Customs Purposes (if applicable)
e.g., GST/RFC/VAT/IN/ABN.

For tracking go to the USPS website at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3 Shipment Information**     ☒ Documents Correspondence and printed matter.     ☐ Non-Documents All other items. Recipient may be required to pay import duties and taxes. This shipment may be subject to inspection.

| Specific Description Including Number of Each Item (and harmonized code if known) REQUIRED | Country of Manufacture | Value for Customs (US $) REQUIRED |
|---|---|---|
| LEGAL DOCUMENTS | US | 1 00 |
| | | |
| | | |

WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Total Value for Customs (US $)  00

**4 Required Signature**

I/We agree that the USPS terms and conditions (on the back of the Sender's Copy of this Air Waybill and in the Global Express Guaranteed Service Guide) and certain international treaties, including the Warsaw Convention, where applicable, apply and limit the liability of USPS and FedEx for loss and damage. I/We understand that USPS and FedEx DO NOT TRANSPORT CASH. I/We certify that this package does not contain any hazardous or restricted materials prohibited by postal regulations and does not require the filing of Electronic Export Information/EEI (formerly Shipper's Export Declaration/SED), and that the particulars given in the Shipment Information section are as declared. Submission of false information may result in civil or criminal penalties (18 USC 1001, 31 USC 3802).     **No EEI § 30.37 (a)**

Sender's Signature:  [signature]

See Privacy Act Statement on reverse.

| Postal Use Only | Date In 5/6/2015 | Time In 4:54 ☐ AM ☒ PM | Scheduled Delivery Date 05/12/2015 | PO ZIP (+4) Code 10017 | Employee |
|---|---|---|---|---|---|
| Dimensions in inches (Non-Document Shipments) Length  Width  Height | Weight lbs. 2.20 | Postage $76.50 | Insurance Fee $ — | Total Postage & Fees $76.50 |

Packaging   ☒ GXG Envelope or Pak   ☐ Box

Customer Packaging   ☐ Envelope   ☐ Other

8983 0843 2316

USPS Tracking Number  8308432311

PART 158558
Rev. Date 4/11
PRINTED IN U.S. RRDO
Item 11FGG1 GXG USPS
Version 22 L 4/2011

**Sender's Copy**

**GLOBAL EXPRESS GUARANTEED**
**UNITED STATES POSTAL SERVICE ®**

International delivery
by FedEx Express



**GXG International Air Waybill**

**1  From** *Please print and press hard.*

Date  05/06/2015

Sender's Name  KREINDLER    Phone 212 687 8181

Company  KREINDLER & KREINDLER

Address  KREINDLER & KREINDLER

Address  750 THIRD AVE

City  NEW YORK    State  NY

Country    ZIP Code™  10017

**2  To**

Recipient's Name  JAMAAT UD DAWA    Phone 92 322 421 4552

Company    Fax (if applicable)

Address  4 LAKE RD.

Address  CHAUBURJI    Dept./Floor

City  LAHORE    State Province

Country  PAKISTAN    ZIP Code™ Postal Code

Recipient's Tax ID Number for Customs Purposes (if applicable)
e.g. GST/RFC/VAT/IN/ABN.

For tracking go to the USPS Web site at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3  Shipment Information**    ☑ Documents  Correspondence and printed matter.    ☐ Non-Documents  All other items. Recipient may be required to pay import duties and taxes. This shipment may be subject to inspection.

| Specific Description Including Number of Each Item (and harmonized code if known) REQUIRED | Country of Manufacture | Value for Customs (US $) REQUIRED |
|---|---|---|
| LEGAL DOCUMENTS | US | 1.00 |

WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law is prohibited.    Total Value for Customs (US $)  1.00

**4  Required Signature**

I/We agree that the USPS terms and conditions (on the back of the Sender's Copy of this Air Waybill and in the Global Express Guaranteed Service Guide) and certain international treaties, including the Warsaw Convention, where applicable, apply and limit the liability of USPS and FedEx for loss and damage. I/We understand that USPS and FedEx DO NOT TRANSPORT CASH. I/We certify that this package does not contain any hazardous or restricted materials prohibited by postal regulations and does not require the filing of Electronic Export Information/EEI (formerly Shipper's Export Declaration/SED), and that the particulars given in the Shipment Information section are as declared. Submission of false information may result in civil or criminal penalties (18 USC 1001, 31 USC 3802).    No EEI § 30.37 (a)

Sender's Signature:
See Privacy Act Statement on reverse.

| Postal Use Only | Date In 05-06-15 | Time In 5.00 ☐AM ☑PM | Scheduled Delivery Date 05.12.2015 | PO ZIP (+4) Code 10017 | Employee |
|---|---|---|---|---|---|
| Dimensions in Inches (Non-Document Shipments) Length Width Height | Weight 2.22 lbs | Postage $76.50 | Insurance Fee $ | Total Postage & Fees $76.50 | |

Packaging  ☑ GXG Envelope or Pak  ☐ Box    Customer Packaging  ☐ Envelope  ☐ Other

8982 0066 1303

PART 158558
Rev. Date 8/08
PRINTED IN U.S. NRDO
Item 11F0G1 GXG USPS
Version 22 L 8/2008

USPS Tracking Number  8200661302

**Sender's Copy**



**GLOBAL EXPRESS GUARANTEED**

UNITED STATES POSTAL SERVICE ®

**GXG International Air Waybill**

International delivery by FedEx Express



**1 From** *Please print and press hard.*

Date MM/DD/YY 05/06/15

Sender's Name KREINDLER   Phone 212 687 8181

Company KREINDLER & KREINDLER

Address 750 THIRD AVE

Address

City NEW YORK   State NY

Country   ZIP Code™ 10017

**2 To**

Recipient's Name SAJID MAJID   Phone 92-322 421 4552

Company   Fax (if applicable)

Address 4 LAKE RD.

Address CHAVBVRJ1   Dept./Floor

City LAHORE   State Province

Country PAKISTAN   ZIP Code Postal Code

Recipient's Tax ID Number for Customs Purposes (if applicable)
e.g., GST/RFC/VAT/IN/ABN.

For tracking go to the USPS website at
www.usps.com/shipping/trackandconfirm.htm
or call 1.800.222.1811.

**3 Shipment Information**

☒ Documents
Correspondence and printed matter.

☐ Non-Documents
All other items. Recipient may be required to pay import duties and taxes. This shipment may be subject to inspection.

| Specific Description Including Number of Each Item (and harmonized code if known) REQUIRED | Country of Manufacture | Value for Customs (US $) REQUIRED |
|---|---|---|
| LEGAL DOCUMENTS | US | 1 oo |
| | | |
| | | |

**WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Total Value for Customs (US $) oo

**4 Required Signature**

I/We agree that the USPS terms and conditions (on the back of the Sender's Copy of this Air Waybill and in the Global Express Guaranteed Service Guide) and certain international treaties, including the Warsaw Convention, where applicable, apply and limit the liability of USPS and FedEx for loss and damage. I/We understand that USPS and FedEx DO NOT TRANSPORT CASH. I/We certify that this package does not contain any hazardous or restricted materials prohibited by postal regulations and does not require the filing of Electronic Export Information/EEI (formerly Shipper's Export Declaration/SED), and that the particulars given in the Shipment Information section are as declared. Submission of false information may result in civil or criminal penalties (18 USC 1001, 31 USC 3802).   **No EEI § 30.37 (a)**

Sender's Signature:

See Privacy Act Statement on reverse.

| Postal Use Only | Date In 05.06.15 | Time In 5.05 ☐ AM ☒ PM | Scheduled Delivery Date 05.13.2015 | PO ZIP (+4) Code 10017 | Employee Initials |
|---|---|---|---|---|---|
| Dimensions in inches (Non-Document Shipments) Length Width Height | | Weight lbs 260 | Postage $76.50 | Insurance Fee $ | Total Postage & Fees $76 50 |

Packaging: ☒ GXG Envelope or Pak   ☐ Box
Customer Packaging: ☐ Envelope   ☐ Other

8983 0843 2305

PART 156568
Rev. Date 4/11
PRINTED IN U.S. RRDD
Item 11F6G1 GXG USPS
Version 22 L 4/2011

**USPS Tracking Number** 8308432300

**Sender's Copy**

EXHIBIT 5

Track your package or shipment with FedEx Tracking

My Profile    Support    Locations    English     Search

**FedEx**     Ship     Track     Manage     Learn     FedEx Office ®        Login

**IMPORTANT!**
FedEx is closely monitoring the heavy rainfall and flooding in the Midsouth, Southeastern, and Northeastern U.S. Learn More

FedEx ® Tracking

## 898200661288

Ship (P/U) date :
**Thur 5/07/2015 6:50 pm**

NEW YORK, NY US

**Delivered**
Signed for by: A QADIR

Actual delivery :
**Mon 5/11/2015 12:36 pm**

LAHORE PK

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| ▬ 5/11/2015 - Monday | | |
| 12:36 pm | Delivered | LAHORE PK |
| 10:55 am | On FedEx vehicle for delivery | LAHORE PK |
| ▬ 5/10/2015 - Sunday | | |
| 9:38 am | At local FedEx facility | LAHORE PK |
| 9:36 am | International shipment release - Import | LAHORE PK |
| 9:30 am | In transit | LAHORE PK |
| | Package available for clearance | |
| ▬ 5/08/2015 - Friday | | |
| 4:24 am | Departed FedEx location | MEMPHIS, TN |
| 3:59 am | In transit | MEMPHIS, TN |
| 1:44 am | In transit | MEMPHIS, TN |
| 12:29 am | Arrived at FedEx location | MEMPHIS, TN |
| ▬ 5/07/2015 - Thursday | | |
| 6:50 pm | Picked up | JAMAICA, NY |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 898200661288 | Service | FedEx International Priority |
| | | Delivered To | Mailroom |
| Weight | 0.1 lbs / 0.05 kgs | Total shipment weight | 0.1 lbs / 0.05 kgs |
| Total pieces | 1 | | |
| Shipper reference | 3200661280 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

**FedEx.**          Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

United States - English

© FedEx 1995-2015        Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

Track your package or shipment with FedEx Tracking

My Profile | Support | Locations | 🖳 English     Search

 **FedEx**   Ship   Track   Manage   Learn   FedEx Office ®

Login

**IMPORTANT!**
FedEx is closely monitoring the heavy rainfall and flooding in the Midsouth, Southeastern, and Northeastern U.S. Learn More

FedEx ® Tracking

## 898308432316

Ship (PU) date
**Thur 5/07/2015 7:04 pm**

NEW YORK, NY US

**Delivered**
Signed for by: A.QADIR

Actual delivery :
**Mon 5/11/2015 12:36 pm**

LAHORE PK

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **▬ 5/11/2015 - Monday** | | |
| 12:36 pm | Delivered | LAHORE PK |
| 10:55 am | On FedEx vehicle for delivery | LAHORE PK |
| **▬ 5/10/2015 - Sunday** | | |
| 9:38 am | At local FedEx facility | LAHORE PK |
| 9:36 am | International shipment release - Import | LAHORE PK |
| 9:30 am | In transit | LAHORE PK |
| | Package available for clearance | |
| **▬ 5/08/2015 - Friday** | | |
| 4:24 am | Departed FedEx location | MEMPHIS, TN |
| 3:59 am | In transit | MEMPHIS, TN |
| 1:32 am | In transit | MEMPHIS, TN |
| 12:29 am | Arrived at FedEx location | MEMPHIS, TN |
| **▬ 5/07/2015 - Thursday** | | |
| 7:04 pm | Picked up | JAMAICA, NY |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 898308432316 | Service | FedEx International Priority |
| Weight | 0.1 lbs / 0.05 kgs | Delivered To | Mailroom |
| Total pieces | 1 | Total shipment weight | 0.1 lbs / 0.05 kgs |
| Shipper reference | 8308432311 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

 **FedEx.**

Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🖳 United States - English

© FedEx 1995-2015

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

Track your package or shipment with FedEx Tracking

My Profile  |  Support  |  Locations  |  English  |  Search

**FedEx**    Ship    Track    Manage    Learn    FedEx Office ®                    Login

**IMPORTANT!**
**FedEx is closely monitoring the heavy rainfall and flooding in the Midsouth, Southeastern, and Northeastern U.S.** Learn More

FedEx ® Tracking

## 898200661303

Ship (P/U) date :
**Thur 5/07/2015 6:56 pm**

Actual delivery :
**Mon 5/11/2015 12:36 pm**

NEW YORK, NY US

**Delivered**
Signed for by  A. QADIR

LAHORE PK

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 5/11/2015 - Monday | | |
| 12:36 pm | Delivered | LAHORE PK |
| 10:55 am | On FedEx vehicle for delivery | LAHORE PK |
| 5/10/2015 - Sunday | | |
| 9:38 am | At local FedEx facility | LAHORE PK |
| 9:36 am | International shipment release - Import | LAHORE PK |
| 9:30 am | In transit | LAHORE PK |
| | Package available for clearance | |
| 5/08/2015 - Friday | | |
| 4:24 am | Departed FedEx location | MEMPHIS, TN |
| 3:59 am | In transit | MEMPHIS, TN |
| 1:32 am | In transit | MEMPHIS, TN |
| 12:29 am | Arrived at FedEx location | MEMPHIS, TN |
| 5/07/2015 - Thursday | | |
| 6:56 pm | Picked up | JAMAICA, NY |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 898200661303 | Service | FedEx International Priority |
| | | Delivered To | Mailroom |
| Weight | 0.1 lbs / 0.05 kgs | Total shipment weight | 0.1 lbs / 0.05 kgs |
| Total pieces | 1 | | |
| Shipper reference | 8200661302 | Packaging | Your Packaging |
| Special handling section | Deliver Weekday | | |

**FedEx.**

Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

United States - English

© FedEx 1995-2015                    Global Home  |  Site Map  |  fedex.com Terms of Use  |  Security and Privacy

Track your package or shipment with FedEx Tracking

My Profile    Support    Locations    English    Search

**FedEx**    Ship    Track    Manage    Learn    FedEx Office ®    Login

IMPORTANT!
**FedEx is closely monitoring the heavy rainfall and flooding in the Midsouth, Southeastern, and Northeastern U.S. Learn More**

FedEx ° Tracking

## 898308432305

Ship (P/U) date
**Thur 5/07/2015 6:53 pm**                    Actual delivery
                                             **Mon 5/11/2015 12:36 pm**

NEW YORK, NY US                              LAHORE PK
                        **Delivered**
                    Signed for by: A QADIR

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 5/11/2015 - Monday | | |
| 12:36 pm | Delivered | LAHORE PK |
| 10:55 am | On FedEx vehicle for delivery | LAHORE PK |
| 5/10/2015 - Sunday | | |
| 9:38 am | At local FedEx facility | LAHORE PK |
| 9:36 am | International shipment release - Import | LAHORE PK |
| 9:30 am | In transit | LAHORE PK |
| | Package available for clearance | |
| 5/08/2015 - Friday | | |
| 4:24 am | Departed FedEx location | MEMPHIS, TN |
| 3:59 am | In transit | MEMPHIS, TN |
| 1:44 am | In transit | MEMPHIS, TN |
| 12:29 am | Arrived at FedEx location | MEMPHIS, TN |
| 5/07/2015 - Thursday | | |
| 6:53 pm | Picked up | JAMAICA, NY |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 898308432305 | Service | FedEx International Priority |
| | | Delivered To | Mailroom |
| Weight | 0.2 lbs / 0.09 kgs | Total shipment weight | 0.2 lbs / 0.09 kgs |
| Total pieces | 1 | | |
| Shipper reference | 8308432300 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

**FedEx**                                                                   Search

Customer Focus
New Customer Center
Small Business Center
Service Guide
Customer Support

Company Information
About FedEx
Careers
Investor Relations

Featured Services
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

Other Resources
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

Companies
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

Follow FedEx                    United States - English

© FedEx 1995-2015                    Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

Track your package or shipment with FedEx Tracking

My Profile    Support    Locations    🌐 English    Search

**FedEx.**    Ship    Track    Manage    Learn    FedEx Office ®    Login

**IMPORTANT!**
**FedEx is closely monitoring the heavy rainfall and flooding in the Midsouth, Southeastern, and Northeastern U.S.** Learn More

FedEx ® Tracking

## 898200661299

Ship (P/U) date
**Thur 5/07/2015 6:44 pm**

Actual delivery :
**Mon 5/11/2015 12:36 pm**

NEW YORK, NY US

**Delivered**
Signed for by: A.QADIR

LAHORE PK

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| ▸ 5/11/2015 - Monday | | |
| 12:36 pm | Delivered | LAHORE PK |
| 10:55 am | On FedEx vehicle for delivery | LAHORE PK |
| ▸ 5/10/2015 - Sunday | | |
| 9:38 am | At local FedEx facility | LAHORE PK |
| 9:36 am | International shipment release - Import | LAHORE PK |
| 9:30 am | In transit | LAHORE PK |
| | Package available for clearance | |
| ▸ 5/08/2015 - Friday | | |
| 4:24 am | Departed FedEx location | MEMPHIS, TN |
| 3:59 am | In transit | MEMPHIS, TN |
| 1:44 am | In transit | MEMPHIS, TN |
| 12:29 am | Arrived at FedEx location | MEMPHIS, TN |
| ▸ 5/07/2015 - Thursday | | |
| 6:44 pm | Picked up | JAMAICA, NY |

### Shipment Facts

| Tracking number | 898200661299 | Service | FedEx International Priority |
|---|---|---|---|
| Weight | 0.2 lbs / 0.09 kgs | Delivered To | Mailroom |
| Total pieces | 1 | Total shipment weight | 0.2 lbs / 0.09 kgs |
| Shipper reference | 8200661291 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

**FedEx.**

Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🌐 United States - English

© FedEx 1995-2015

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy